FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

No. 04-14-00257-CV

**IN RE** Richard **THOMAS**, Thomas Family Property Company, Ltd.,
Michael Thomas, and William Thomas

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On April 15, 2014, relators Richard Thomas, Thomas Family Property Company, Ltd., Michael Thomas and William Thomas filed a petition for writ of mandamus and motion for emergency temporary stay of the jury trial set in the underlying proceeding pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 17th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-PC-0613, styled *In re Estate of Margaret E. Thomas, Deceased and Robert E. Thomas v. Richard W. Thomas, Individually and as Independent Executor of the Estate of Margaret E. Thomas, and as Trustee of the Robert E. Thomas Children's Family Trust, and as Trustee of the Pamela T. Sheet's Thomas Children's Trust, and as Trustee of the Thomas Grandchildren's Trust; and Thomas Family Property Company, Ltd.*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.